**Order entered May 12, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01470-CR

### CHRISTINE KAY WHITE, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 397th Judicial District Court**
**Grayson County, Texas**
**Trial Court Cause No. 062724**

## ORDER

The Court **DENIES** as moot appellant's May 7, 2014 motion to extend time to file the brief tendered on March 7, 2014. On April 18, 2014, we ordered the brief filed on our own motion.

/s/     LANA MYERS
JUSTICE